Al Lustgarten, Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866    Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC                )
                                                )
            Plaintiff,         vs.              )   Case No.: 2:11-CV-04081-WDK-JC
                                                )
CHRISTIAN PIERRE LE FEUVRE, ET AL.              )   **[RENEWAL OF JUDGMENT  BY CLERK**
                                                )
            Defendant,                          )
                                                )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, G & G Closed Circuit Events, LLC., and against Defendant, Christian Pierre Le Feuvre. entered on September 3, 2013, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 8,000.00 |
| b. | Costs after judgment | $ 0.00 |
| c. | **Subtotal *(add a and b)*** | **$ 8,000.00** |
| d. | Credits | $ 3,000.00 |
| e. | Subtotal *(subtract d from c)* | **$ 5,000.00** |
| f. | Interest after judgment (.15%) | $ 109.05 |
| g. | Fee for filing renewal of application | $ 0.00 |
| h. | **Total renewed judgment (add e, f and g)** | **$ 5,109.05** |

Dated: August 29, 2023                     CLERK, by Deputy  *Sharon Hall Brown*

Renewal of Judgment